# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

JAVIER CYREE TYRELL BROWN
  a/k/a "upsomepaper_havi"

_____ /

**SEALED**

**INDICTMENT**

3:26cr97-TKW

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about January 1, 2023, and on or about June 16, 2026, in the

Northern District of Florida and elsewhere, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly, in and affecting interstate commerce, recruit, entice, harbor,

transport, provide, obtain, advertise, maintain, patronize, and solicit by any means

a person knowing that force, threats of force, fraud, and coercion and any

combination thereof, would be used to cause the person to engage in a commercial

sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(1),

and 2.

FILED USDC FLND PN
JUN 16 '26 PM6:37

Returned in open court pursuant to Rule 6(f)

6/16/2026

Date

United States Magistrate Judge

## COUNT TWO

Between on or about January 1, 2023, and on or about June 16, 2026, in the

Northern District of Florida and elsewhere, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly benefit, financially and by receiving anything of value, from

participation in a venture which had engaged in an act described in violation of

paragraph (1) of Title 18, United States Code, Section 1591(a), as set forth in

Count One of this Indictment.

In violation of Title 18, United States Code, Sections 1591(a)(2), 1591(b)(1),

and 2.

## COUNT THREE

Between on or about January 1, 2023, and on or about June 16, 2026, in the

Northern District of Florida and elsewhere, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly use a facility in interstate commerce, that is, the internet and a

cellular telephone, with intent to promote, manage, establish, carry on, and

facilitate the promotion, management, establishment, and carrying on, of an

unlawful activity, specifically, a prostitution offense in violation of the laws of the

state of Florida and the United States, and did thereafter perform and attempt to

2

perform an act to promote, manage, establish, carry on, and facilitate the promotion, management, establishment, and carrying on, of such unlawful activity.

In violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

## COUNT FOUR

Between on or about January 1, 2023, and on or about June 16, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly persuade, induce, entice, and coerce, and attempt to persuade, induce, entice, and coerce, an individual to travel in interstate commerce to engage in prostitution.

In violation of Title 18, United States Code, Sections 2422(a) and 2.

## COUNT FIVE

Between on or about January 1, 2023, and on or about June 16, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly transport, and attempt to transport, an individual in interstate commerce with intent that the individual engage in prostitution.

In violation of Title 18, United States Code, Sections 2421(a) and 2.

3

# COUNT SIX

Between on or about January 1, 2023, and on or about June 16, 2026, in the Northern District of Florida and elsewhere, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly combine, conspire, confederate, and agree with other persons to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, deposits into financial institution accounts and the interstate transfer of funds via Apple Pay, PayPal, Venmo, Chime, and Cash App, involving funds that were proceeds of a specified unlawful activity, that is, commercial sex trafficking and prostitution offenses, in violation of Title 18, United States Code, Sections 1591, 1952, 2421, and 2422, and that the defendant knew to be the proceeds of some form of unlawful activity, with the intent to promote the carrying on of the specified unlawful activity, and knowing that these transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

4

**SEX OFFENSE FORFEITURE**

The allegations contained in Counts One through Five of this Indictment are hereby realleged and incorporated by reference as part of this forfeiture count. Because the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

did knowingly commit an offense as alleged in Counts One through Five, any and all interest that this defendant has in any property, real and personal, used and intended to be used to commit and facilitate the commission of said offenses, or constituting or derived from any proceeds obtained directly or indirectly as a result of such violations, is vested in the United States and hereby forfeited to the United States, pursuant to Title 18, United States Code, Sections 1594(d), 1594(e), 981(a)(1)(C), and 2428.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred or sold to, or deposited with, a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be

divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 1594 (e)(2), 981(a)(1)(C), 2428, and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Count Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). From the defendant's engagement in the violation alleged in Count Six of this Indictment, the defendant,

**JAVIER CYREE TYRELL BROWN,**
**a/k/a "upsomepaper_havi,"**

shall forfeit to the United States of America any and all of the defendant's right, title, and interest in any property, real and personal, involved in such offense, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

i.    cannot be located upon the exercise of due diligence;

ii.    has been transferred or sold to, or deposited with, a third

person;

iii.    has been placed beyond the jurisdiction of this Court;

iv.    has been substantially diminished in value; or

v.    has been commingled with other property that cannot be

divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1),

and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other

property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

JOHN P. HEEKIN
United States Attorney

FOREPERSON

DAVID L. GOLDBERG
Assistant United States Attorney

6/16/26

DATE

7