UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA

v.                                                          Case No. 3:26cr97-TKW

JAVIER CYREE TYRELL BROWN
_____/

<u>ORDER OF DETENTION</u>

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the government moved for detention with respect to Defendant.  Defendant waived right to a detention hearing without prejudice to requesting at a later date.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.


Dated:        July 6, 2026

/s/ *Zachary C. Bolitho*
ZACHARY C. BOLITHO
UNITED STATES MAGISTRATE JUDGE