# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA  DIVISION

UNITED STATES OF AMERICA

v.                                                            CASE NO.    3:26cr97-TKW

JAVIER CYREE TYRELL BROWN
a/k/a UPSOMEPAPER_HAVI

## WARRANT FOR ARREST

TO:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        JAVIER CYREE TYRELL BROWN
                                          a/k/a UPSOMEPAPER_HAVI
                                          _____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer

## SEALED INDICTMENT

charging him or her with:

Ct. 1 COMMERCIAL SEX TRAFFICKING;  AIDING AND ABETTING
in violation of Title     18    United States Code, Section(s)    1591(b)(1) and 18 USC §2

Ct. 2 FINANCIALLY BENEFITING FROM COMMERCIAL SEX TRAFFICKING; AIDING AND ABETTING
in violation of Title     18    United States Code, Section(s)    1591(a)(2), 1591(b)(1) and 18 USC §2

Ct. 3 USE OF FACILITY FOR PURPOSES OF RACKETEERING; AIDING AND ABETTING
in violation of Title     18    United States Code, Section(s)    1592(a)(3) and 18 USC §2

Ct. 4 COERCION OR ENTICEMENT FOR INTERSTATE PROSTITUTION; AIDING AND ABETTING
in violation of Title     18    United States Code, Section(s)    2422(a) and 18 USC §2

Ct. 5 INTERSTATE TRANSPORTATION FOR PROSTITUTION; AIDING AND ABETTING
in violation of Title     18    United States Code, Section(s)    2421(a) and 18 USC §2

Ct. 6 CONSPIRACY TO COMMIT MONEY LAUNDERING
in violation of Title     18    United States Code, Section(s)    1956(h)

Jessica J. Lyublanovits                          Clerk of Court                          REC'D-USMS-PEN, FL
_____                  _____                22 JUN '26 AM9:13
Name of Issuing Officer                          Title of Issuing Officer

s/ Paula Cawby
_____                  6/18/2026              PENSACOLA
Deputy Clerk: Paula Cawby                         _____
                                                 Date                  Location

Bail fixed at        $_____
And/or in accordance with Comprehensive          by   Hope T. Cannon, Magistrate Judge
Crime Control Act of 1984                             _____
                                                      Name of Judicial Officer



FILED USDC FLND PN
JUL 8 '26 PM1:08

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at : | | |
| ECJ | | |
| DATE RECEIVED<br>7/6/2026<br>DATE OF ARREST<br>7/3/26 | NAME AND TITLE OF ARRESTING OFFICER<br>Jessica Keel<br>HSI-Special Agent | SIGNATURE OF ARRESTING OFFICER |