IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:26cr97/TKW**

**JAVIER CYREE TYRELL BROWN,**

**Defendant.**
______________________________________/

## MOTION TO CONTINUE TRIAL (UNOPPOSED)

The defendant, JAVIER CYREE TYRELL BROWN, by and through his undersigned counsel, moves to continue his jury trial for the following reason:

Mr. Brown is charged by indictment with commercial sex trafficking, in violation of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1), and 2; financially benefitting from commercial sex trafficking, in violation of 18 U.S.C. §§ 1591(a)(2), 1591(b)(1), and 2; using a facility in interstate commerce for purposes of racketeering, in violation of 18 U.S.C. §§ 1952(a)(3) and 2; coercion and enticement for interstate prostitution, in violation of 18 U.S.C. §§ 2422(a) and 2; transportation for prostitution, in violation of 18 U.S.C. §§ 2421(a) and 2; and conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h). ECF No. 1. Trial is set for August 17, 2026. ECF No. 16.

Counsel has received voluminous discovery from the government and started reviewing it with Mr. Brown. However, additional time is needed for continued discovery review, investigation, attorney/client meetings so that Mr. Brown might make an informed decision about whether to plead guilty or proceed to trial in this case.

Mr. Brown joins in the request for a continuance and agrees to exclude the period of delay in computing the time within which his trial must commence under the Speedy Trial Act.

WHEREFORE, the defendant, JAVIER CYREE TYRELL BROWN, requests that this Court grant his motion and continue his jury trial by 60 days.

**LOCAL RULE 7.1(B) CERTIFICATE**

I HEREBY CERTIFY that I have conferred with Assistant U.S. Attorney David Goldberg, and he does not oppose this motion.

RESPECTFULLY SUBMITTED this 10th day of August, 2026.

*/s/ Lauren Cobb*

LAUREN COBB
Florida Bar No. 52022
Attorney for Defendant
3 W. Garden Street, Ste. 200
Pensacola, FL 32502
(850) 432-1418
Lauren_Cobb@fd.org