UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**,

**v.** **Case No. 3:26-cr-97-TKW**

**JAVIER CYREE TYRELL BROWN**,

**Defendant**.

_____________________________________/

## ORDER CONTINUING TRIAL

This case is before the Court based on Defendant's motion to continue trial (Doc. 21). The Government does not oppose the requested continuance.

Upon consideration of the motion, the Court finds that the ends of justice that will be served by granting the continuance outweigh the interest of the public and Defendant in a speedier trial. Specifically, the Court finds that the failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective trial preparation. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

Accordingly, it is **ORDERED** that Defendant's motion to continue trial is **GRANTED**, and the trial scheduled for August 17, 2026, is canceled. The Clerk shall re-notice the trial for October 19, 2026.

**DONE and ORDERED** this 11th day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**